# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**SANDY SYKES, Administrator of the Estate of**
**DAVID JOHN MUIR, et al,**

    Plaintiffs,

                              **CASE NO.    1:10-cv-688**

**-vs-**

                              **District Judge Timothy S. Black**
                              **Magistrate Judge Karen L. Litkovitz**

**UNITED STATES OF AMERICA, et al.,**

    Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED:** that the Report and Recommendations (Doc. 87) of the United States Magistrate Judge is **ADOPTED**; the Plaintiffs' Objections (Doc. 89) are **OVERRULED**; and this case is **CLOSED.**

Date:  August 24, 2011                            **JAMES BONINI, CLERK**

                                                By: <u>s/ M. Rogers</u>
                                                Deputy Clerk