UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SANDY SYKES, *et al.*, | : | Case No. 1:11-cv-688 |
| | : | |
| Plaintiffs, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| VETERANS ADMINISTRATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 107); AND (2) DENYING PLAINTIFF'S MOTION TO MODIFY THE RECORD ON APPEAL (Doc. 105)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on November 21, 2011, submitted a Report and Recommendation (Doc. 107).  Subsequently, Plaintiff filed an Objection to the Report and Recommendation (Doc.109) and Defendant filed a Response to Plaintiff's Objection (Doc. 111).

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, Plaintiff Sandy Sykes's Motion to Modify the Record on Appeal (Doc. 105) is hereby **DENIED**.

**IT IS SO ORDERED**.

Date: 12/9/11

Timothy S. Black
United States District Judge